NUMBERS 13-07-00190-CR, 13-07-00191-CR


13-07-00192-CR, 13-07-00193-CR, 13-07-00194-CR


13-07-00195-CR, 13-07-00196-CR, 13-07-00197-CR


13-07-00198-CR, 13-07-00199-CR & 13-07-00200-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

BELINDA ZAVALA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 404th District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam



 Appellant, Belinda Zavala, by and through her attorney, has filed a motion to dismiss
her appeals because she no longer desires to prosecute them. See Tex. R. App. P.
42.2(a). 

 Without passing on the merits of the cases, we GRANT the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeals. 
Pending motions, if any, in these causes, are DISMISSED AS MOOT. Having dismissed
the appeals at appellant's request, no motions for rehearing will be entertained, and our
mandates will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this 7th day of February, 2008.